IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA HANEY                                                    PLAINTIFF

v.                           No. 3:18-cv-95-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA; and ARKANSAS
METHODIST MEDICAL CENTER                                           DEFENDANTS

## ORDER

The parties have informally advised the Court that they have settled. Congratulations. The 8 August 2018 hearing is cancelled and Haney's motion to remand, № 12, is denied without prejudice as moot. Unless a party requests some relief before 27 August 2018, the Court will dismiss this case with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2018