IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA HANEY                                              PLAINTIFF

v.                         No. 3:18-cv-95-DPM

LIFE INSURANCE COMPANY OF
NORTH AMERICA; and ARKANSAS
METHODIST MEDICAL CENTER                                   DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 August 2018